Dear Mr. Peter Dalleo,         07-101        02.12.07

Please make the appropriate copies for the defendants for I have attempted to copy such and I do not have any money on my account.
Thank you

And for me to.
2C cell 17
JS.B.I 199023

Sincerely yours,
Kent Hoker

FILED
2007 FEB 21 PM 3:41
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE