To whom it may concern.        2/28/2007

FILED
MAR -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

07-101 (GMS)

Dear Ladies and Gentlemen,

I, Mr. Kent Lee Stokes, prisoner in the Howard R. Young Correctional Institution, Wilmington, need the following information in which these things need to be stopped. I need Federal Law about the list of topics which are at the same time the complaints:

AND IN Wilmington De.

- Rules for space in the cells for prisoners
- Rules for going outside, especially in the wintertime
- The medical treatment is bad
- Library or getting books with educational contense (History, Art...)
- We have to drink contained water and have extreme temperature changes in the cells. Not enough cloths to protect for the cold
- The inmates have trouble of getting their records
- What is the task of Counselors in Prison?
- Punishment in prisons by Correctional Officers
- How should the police behave when on duty?
- Informations on victims not showing up at court
- Public Defenders have too many clients and see them only court appointed.
- Inmates don't get their Rule 16
- System don't allows to publish important informations for the inmates concerning their rights at the living quarters.
- Filled out a 1983-form to dismiss the Public-Defender and I am now about to use the U.S. Department of Justice; U.S. Marshall-Service
- Background informations about money spent on law-suits How can I get in on it?

This is an urgent letter, I need this information as soon as possible. I need this information back bevor March 15th.

Thank you very much

best regards

*Kent Lee Stokes*

Kent Lee Stokes
SBI # 199023
2C #15

Kent Zee Stokes
SBI 199023
W.R.Y.C.I.
PO Box 9561
Wilm., DE 19809

[Postmark: WILMINGTON DE 197, 01 MAR 2007 PM 3 T]

Delaware (3rd Circuit)
District of Delaware
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

URGENT LEGAL MAIL