OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 2, 2007

TO: Kent L. Stokes
SBI# 199023
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: Letter dated 3/2/07; 07-101(GMS)**

Dear Mr. Stokes:

The above referenced letter has been received by this office requesting assistance regarding federal law. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet