IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENT L. STOKES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-101-GMS |
| | ) |
| TIMOTHY J. WELLER and LAWRENCE M. SULLIVAN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Kent L. Stokes ("Stokes"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 1, 2007, the court entered an order requiring Stokes to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required documents have not been received from Stokes;

THEREFORE, at Wilmington this 10th day of April, 2007, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE for failure to comply with the March 1, 2007 order.

UNITED STATES DISTRICT JUDGE

FILED

APR 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE